## SHARP v. MILLER.

### No. 7612; November 14, 1884.

#### 4 Pac. 1065.

'Appeal—Order Made After Reversal of Judgment.—The reversal of a judgment and order denying a motion for a new trial, on appeal, places the parties in the lower court in the same position as if the cause had never been tried (except that the opinion of the appellate court must be followed as far as applicable in the new trial); there is no existing judgment, and an order made after such reversal is not an order made after final judgment, nor appealable as such.

APPEAL from the Superior Court of the City and County of San Francisco.

P. B. Ladd for appellant; G. F. & W. H. Sharp for respondent.

By the COURT.—The order appealed from in this case is not appealable. The appellant contends that it is a special order made after final judgment. The judgment formerly rendered was reversed, and there was no judgment in the

cause when the order appealed from was made.   The reversal of the judgment and order denying the motion for a new trial when the cause was here before (see 54 Cal. 329) placed the parties in the lower court in the same position as if the case had never been tried, with the exception that the opinion of this court must be followed so far as applicable in the new trial: Stearns v. Aguirre, 7 Cal. 447.

Appeal dismissed.